# IN THE SUPREME COURT OF THE STATE OF NEVADA

BRUCE HARRISON BIRCH,
Petitioner,
vs.
THE HONORABLE ELLIOTT A.
SATTLER, DISTRICT JUDGE,
Respondent.

No. 71408

FILED

JAN 13 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DENYING PETITION*

This petition appears to seek a writ of mandamus directing respondent to take action to ensure that petitioner is allowed to file documents and/or send letters to respondent. Having reviewed the petition, we are not convinced that petitioner has met his burden of demonstrating that our intervention is warranted at this time. *See Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004); *see also Round Hill Gen. Imp. Dist. v. Newman*, 97 Nev. 601, 637 P.2d 534 (1981). We therefore

ORDER the petition DENIED.[1]

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

cc:   Hon. Elliott A. Sattler, District Judge
      Bruce Harrison Birch
      Attorney General/Carson City
      Washoe District Court Clerk

---

[1]The motion for an extension of time is denied.

17-01308